# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-2255
LT Case No. 2022-MM-1796-A

———————————————

BENJAMIN RICHARD PARIS,

   Appellant/Cross-Appellee,

   v.

STATE OF FLORIDA,

   Appellee/Cross-Appellant.

———————————————

On appeal from the County Court for Seminole County.
Wayne E. Culver, Judge.

Matthews R. Bark and Ethan W. Carlos, of Matthews R. Bark,
P.A., Altamonte Springs, for Appellant/Cross-Appellee.

Ashley Moody, Attorney General, Tallahassee, and Richard A.
Pallas, Jr., and Bonnie Jean Parrish, Assistant Attorneys
General, Daytona Beach, for Appellee/Cross-Appellant.


February 27, 2024


PER CURIAM.


AFFIRMED.

LAMBERT, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____